1  KELLY BABINEAU  (CA State Bar #190418)
2  The Law Office of Kelly Babineau
   901 H Street, Suite 203
3  Sacramento, CA 95814
   Tel:(916) 442-4948
4  Fax: (916) 492-2909
5  kbabineau@klblawoffice.net

6  Attorney for ALLA SAMCHUK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. 2:12-CR-0066 GEB
          Plaintiff, )
      ) STIPULATION AND [PROPOSED]
  v.  ) ORDER TO CONTINUE STATUS
     ) CONFERENCE
     )
ALLA SAMCHUK  )
     ) Date: 4-6-12
        Defendant.  ) Time: 9:00 a.m.
_____) Judge: Hon. Garland E. Burrell

    It is hereby stipulated between the parties, Michael Anderson, Assistant United States Attorney, Kelly Babineau, attorney for defendant Alla Samchuk, that the status conference date of March 16, 2012, should be continued until April 6, 2012. The continuance is necessary to complete the review of discovery, and defense investigation. All counsel are continuing to engage in negotiations with the government.

    IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of April 6, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

-1-

Dated:  March 13, 2012                    Respectfully submitted,

                                          /s/ Kelly Babineau
                                          KELLY BABINEAU
                                          Attorney for Alla Samchuk


Dated: March 13, 2012                     /s/ Michael Anderson
                                          Kelly Babineau for:
                                          MICHAEL ANDERSON
                                          Assistant U.S. Attorney

KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for ALLA SAMCHUK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA, ) No. 2:12-CR-0066 GEB
                Plaintiff, )
                                ) [PROPOSED] ORDER
  v. )
                                )
                                )
ALLA SAMCHUK )
                                ) Date: 4-6-12
            Defendant. ) Time: 9:00 a.m.
_____) Judge: Hon. Garland E. Burrell

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for March 13, 2012, at 9:00 a.m. be continued to April 6, 2012, at 9:00 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The continuance outweighs the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to April 6, 2012, shall be excluded from computation of the time within which the trial of this matter must be

-3-

commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare.

**Date: 3/14/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge