KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for ALLA SAMCHUK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA, ) No. 2:12-CR-0066 GEB
        Plaintiff, )
) [PROPOSED] ORDER
  v. )
)
)
ALLA SAMCHUK )
) Date: 6-22-12
        Defendant. ) Time: 9:00 a.m.
_____) Judge: Hon. Garland E. Burrell

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 8, 2012, at 9:00 a.m. be continued to June 22, 2012, at 9:00 a.m. Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence. The continuance outweighs the best interests of the public and the defendants to a speedy trial. It is ordered that time from this date to June 22, 2012, shall be excluded from computation of the time within which the trial of this matter must be

commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare.

**Date: 5/15/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge